IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE M. GRIFFIN,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2893

Opinion filed November 17, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Willie M. Griffin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     Because petitioner is represented by counsel below, the petition for writ of habeas corpus is dismissed as unauthorized. Logan v. State, 846 So. 2d 472 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

ROWE, MAKAR, and KELSEY, JJ., CONCUR.